# TABAK, MELLUSI & SHISHA LLP

**29 BROADWAY**
**SUITE 2311**
**NEW YORK, NEW YORK 10006**

TEL (212) 962-1590
TEL (800) 280-1590
FAX (212) 385-0920
www.sealawyers.com

RALPH J. MELLUSI
JACOB SHISHA*

*ALSO ADMITTED IN
NEW JERSEY AND
LOUISIANA

OF COUNSEL
STEPHEN B. ROBERTS

May 15, 2014

<u>**Via ECF and Fax# 856-757-5355**</u>

Magistrate Judge Joel Schneider
United States District Court
District of New Jersey
Mitchell H. Cohen Courthouse
1 John F. Gerry Plaza, Room 2060
Camden, NJ 08101-0887

    Re:    <u>Kevin Shuman v Lauren Kim, Inc., et al</u>
            <u>Civil No. 14-cv-00251 (RBK/JS)</u>
            Consolidated with
            Debbie Flo., Inc. v Keven Shuman
            <u>Civil No. 13-cv-2650 (RBK/JS)</u>

Dear Judge Schneider:

    We represent defendant, Kevin Shuman, and write to apologize to the Court for not showing at yesterday's initial conference, I have already personally apologized to opposing counsel.

    I mistakenly taught that because this matter was consolidated with Debbie Flo., Inc. v. Shuman 13-civ-2650 that discovery schedule applied and did not enter the conference date in my calendar. The scheduling order in fact was issued 3 weeks after the consolidation order was issued; I did not read it carefully and dropped the ball.

    I again apologize for wasting the Court's and opposing counsel's time.

                              Respectfully yours,

                              Tabak, Mellusi & Shisha LLP

                              Jacob Shisha

JS/kf