# TABAK, MELLUSI & SHISHA LLP

**29 BROADWAY
SUITE 2311
NEW YORK, NEW YORK 10006**

TEL (212) 962-1590
TEL (800) 280-1590
FAX (212) 385-0920
www.sealawyers.com

RALPH J. MELLUSI
JACOB SHISHA*

*ALSO ADMITTED IN
NEW JERSEY AND
LOUISIANA

OF COUNSEL
STEPHEN B. ROBERTS

May 15, 2014

**Via ECF and Fax# 856-757-5355**

Magistrate Judge Joel Schneider
United States District Court
District of New Jersey
Mitchell H. Cohen Courthouse
1 John F. Gerry Plaza, Room 2060
Camden, NJ 08101-0887

Re:   Kevin Shuman v Lauren Kim, Inc., et al
      Civil No. 14-cv-00251 (RBK/JS)
      Consolidated with
      Debbie Flo., Inc. v Keven Shuman
      Civil No. 13-cv-2650 (RBK/JS)

Dear Judge Schneider:

We represent plaintiff, Kevin Shuman, and with the consent of the defendants, respectfully request a 2 week extension to file our opposition to defendant's Motion for Protective Order, making it returnable on August 18, 2014.

We thank the Court for its consideration.

Respectfully yours,

Tabak, Mellusi & Shisha LLP

Jacob Shisha

JS/kf